IN THE UNITED STATES FEDERAL DISTRICT
COURT FOR THE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JASON M. HINES, | ) | Request for Jury Trial |
| | ) | |
| | ) | Reserves the Right to Amend |
| *Plaintiff,* | ) | |
| vs. | ) | |
| | ) | Civil Action No. |
| | ) | 1:23-cv-02822-VMC-JKL |
| | ) | |
| FIRST-CITIZENS BANK AND TRUST | ) | |
| COMPANY, | ) | |
| ATTORNEY JOYEUSE UMUTONI, | ) | |
| ATTORNEY SCOTT COCHRAN , | ) | |
| THE ATTORNEY GENERAL, CHRIS CARR, | ) | |
| THE HONORABLE THOMAS A. COX, JR., | ) | |
| THE HONORABLE JEFFREY W. FRAZIER, | ) | |
| ATTORNEY ROBERT J. SOLOMON, | ) | |
| SOLOMON BAGGETT, LLC, | ) | |
| WON SUK SEO, | ) | |
| SUSAN PROPERTY MANAGEMENT LLC, | ) | |
| ATTORNEY JOSEPH P. FARRELL, | ) | |
| ATTORNEY JOHN G. BROOKHUIS | ) | |
| | ) | |
| *Defendant's,* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 14 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

## **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

COMES NOW Jason M. Hines ("Plaintiff"), Pro Se, hereby requests an extension of time in which to respond to the multiple Motions to Dismiss filed against the First Amended Complaint by various Defendants, and in support thereof respectfully shows the Court the following:

1

1. Plaintiff initiated this action on June 23, 2023, and filed the First Amended Complaint on September 13, 2023.

2. Subsequently, multiple Defendants have filed Motions to Dismiss the First Amended Complaint, with response deadlines ranging from October 31, 2023, to November 20, 2023, as outlined in Exhibit A attached hereto.

3. On November 1, 2023, Plaintiff filed a Motion for Leave to File a Second Amended Complaint, which is pending and may render the pending Motions to Dismiss moot.

4. Granting an extension of time for Plaintiff to respond to the pending Motions to Dismiss would conserve resources and promote judicial efficiency.

5. The Plaintiff has attempted to confer with Defendants' counsel regarding this extension and will update the Court as to their positions as soon as they are ascertained.

6. WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant an extension of time of 12 days for Plaintiff to file responses to the pending Motions to Dismiss, with the responses to be due within 5 days after the Court has issued its ruling on Plaintiff's Motion for Leave to File a Second Amended Complaint.

7. Granting an extension of time for Plaintiff to respond to the Motion to Dismiss would conserve resources and promote judicial efficiency by potentially obviating the need to respond to the current motion should the Court grant the Plaintiff's Motion for Leave to File a Second Amended Complaint.

8. The requested extension is not sought for the purpose of undue delay, but rather to ensure the just and efficient conduct of this litigation.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant an extension of time of 12 days for Plaintiff to file a response to Defendant's Motion to Dismiss the First Amended Complaint, such response to be due within 5 days after the Court has issued its ruling on Plaintiff's Motion for Leave to File a Second Amended Complaint.

Respectfully submitted,

*Jason Hines*

Jason M. Hines
6509 Lily Trail
Fairburn, GA 30213
404-922-1371
Hinesjm27@gmail.com
*Pro Se Plaintiff*

# EXHIBIT A

**List of Motions to Dismiss and Corresponding Response Due Dates**

1. **Motion to Dismiss by Scott Cochran**
   - Date Filed: October 13, 2023
   - Response Due Date: October 31, 2023

2. **Motion to Dismiss by Judge Thomas A. Cox, Jr. and Attorney General of Georgia Chris Carr**
   - Date Filed: October 20, 2023
   - Response Due Date: November 7, 2023

3. **Motion to Dismiss by First-Citizens Bank and Trust Company and Attorney Joyeuse Umutoni**
   - Date Filed: October 23, 2023
   - Response Due Date: November 13, 2023

4. **Motion to Dismiss by Attorney Joseph P. Farrell**
   - Date Filed: October 23, 2023
   - Response Due Date: November 13, 2023

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served Defendants by sending a true and accurate copy by E-Service and USPS registered mail.

FIRST CITIZENS BANK
239 Fayetteville Street
Raleigh, NC 27601

ATTORNEY JOYEUSE UMUTONI
239 Fayetteville Street
Raleigh, NC 27601

ATTORNEY SCOTT COCHRAN
2950 Atlanta Road, SE
Smyrna, GA 300800

THE ATTORNEY GENERAL, CHRIS CARR
47 Trinity Street, SW
Atlanta, GA 30334

THE HONORABLE THOMAS A. COX, Jr..
185 Central Ave, S.W.
Atlanta, GA 30303

THE HONORABLE JEFFREY W. FRAZIOR,
185 Central Ave SW,
Atlanta, GA 30303

ATTORNEY ROBERT J. SOLOMON,
3763 Rogers Bridge Road
Duluth, GA 30097

SOLOMON BAGGETT, LLC,
3763 Rogers Bridge Road
Duluth, GA 30097

WON SUK SEO,
3575 Koger Blvd
Suite 230
Duluth, GA 30096

SUSAN PROPERTY MANAGEMENT LLC,
3575 Koger Blvd
Suite 230
Duluth, GA 30096

ATTORNEY JOSEPH P. FARRELL
2170 Satellite Blvd, Suite 375
Duluth, GA 30097

ATTORNEY JOHN G. BROOKHUIS
4228 First Ave, Suite 10
Tucker, GA 30084